| Prob 22<br>(Rev. 01/24)<br>**TRANSFER OF JURISDICTION** | DOCKET NUMBER (Tran. Court)<br>0419 1:08CR000082-002<br>0419 1:09CR000055-001<br>0419 1:09CR000058-001<br><br>DOCKET NUMBER (Rec. Court) |
|---|---|
| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE:<br><br>Larry Michael Copeland<br><br>1500 North Street<br>Harrisburg, PA 17103 | DISTRICT<br>Western District of North Carolina<br><br>NAME OF SENTENCING JUDGE<br>Martin Reidinger, Chief US District Court Judge<br><br>DATES OF PROBATION/SUPERVISED RELEASE — FROM 9/20/2024 — TO 9/19/2029 |

OFFENSE

**1:08CR82-02**
Count 1: Bank Robbery, Aid and Abet, in violation of 18 U.S.C. § 2113(a) and 2, a Class C Felony.
Count 3: Possession of Firearm in Relation to a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii), a Class A Felony.
**1:09CR55-01**
Count 1: Bank Robbery, Aid and Abet, in violation of 18 U.S.C. § 2113(a) and 2, a Class C Felony.
**1:09CR58-01**
Count 1: Bank Robbery, in violation of 18 U.S.C. § 2113(a), a Class C Felony.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The following information originates from USPO Robert Kreider with the Middle District of Pennsylvania, Harrisburg Division. **Copeland** was recently involved in a domestic violence incident that saw local law enforcement being dispatched to his residence. Accordingly, a modification request has been submitted to the Court to include a mental health treatment condition. The Middle District of Pennsylvania is respectfully requesting jurisdiction be transferred so that the current matters, and all further affairs can be handled locally.

**PART 1 – ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Middle District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/5/2025
Date

/s/ [signature]
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| | |
|---|---|
| February 19, 2025 | /s/ Keli M. Neary |
| Date | United States District Judge |